UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAMION HAILU,<br><br>　　　　Defendant. | Case No. 2:23-cr-00085-ART-MDC<br><br>**ORDER RE STIPULATION TO CONTINUE (ECF No. 48)** |

　　Based on the stipulation (ECF No. 48) and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, September 26, 2024, at 1:00 p.m., be vacated and continued to December 12, 2024, at the hour of 1:00 p.m. before U.S. District Judge Anne R. Traum in a Las Vegas courtroom to be determined.

　　DATED this 5th day of September 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

3