UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DAMION HAILU,<br><br>        Defendant. | Case No. 2:23-cr-00085-ART-MDC<br><br>**ORDER** |

Based on the stipulation (ECF No. 50) and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, December 12, 2024, at 1:00 p.m., is vacated and continued to Thursday, March 13, 2025, at 11:00 a.m. before U.S. District Judge Anne R. Traum, in a Las Vegas courtroom to be determined.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED this 31st day of October, 2024.