UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAMION HAILU,<br><br>    Defendant. | Case No. 2:23-cr-00085-ART-MDC<br><br>**ORDER** |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, March 13, 2025, at 11:00 a.m., be vacated and continued to April 24, 2025 at the hour of 10:00 a..m.

DATED this 27th day of February 2025.

_____
UNITED STATES DISTRICT JUDGE

3