# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAMION HAILU, <br><br> Defendant. | Case No. 2:23-cr-00085-ART-MDC <br><br> **ORDER** |

Based on the stipulation (ECF No. 56) and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, April 24, 2025, at 10:00 a.m., be vacated and continued to May 8, 2025 at 1:00 p.m.

DATED this 10th day of March 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE